---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | SDHI, Inc. |

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

Classic Home Improvements

---

**3. Debtor's federal Employer Identification Number (EIN)**

4  5  –  2  8  6  9  8  2  0

---

**4. Debtor's address**

**Principal place of business**

600 S Andreasen Dr, Ste A
Number          Street

Escondido, CA 92029-1917
City                              State        ZIP Code

San Diego
County

**Mailing address, if different from principal place of business**

Number          Street

City                              State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                              State        ZIP Code

---

**5. Debtor's website (URL)**

https://www.classichomeremodeling.com

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor     SDHI, Inc.                                                                                    Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See <br>http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  2__ 3__ 6__ 1__ |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                     MM / DD / YYYY<br>            District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When _____<br>                                       MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    SDHI, Inc.
_____    Case number (if known) _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                              Number          Street<br><br>_____<br><br>_____<br>City                                          State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>               Contact name _____<br>               Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49          ☐ 50-99          ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br><br>☑ 100-199      ☐ 200-999      ☐ 10,001-25,000                          ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                    ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000            ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br><br>☑ $100,001-$500,000          ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br><br>☐ $500,001-$1 million          ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    SDHI, Inc.
_____    Case number (if known) _____
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/23/2023
              MM/ DD/ YYYY

**X** /s/ John R. Crocker                                        John R. Crocker
Signature of authorized representative of debtor          Printed name

Title                    CEO

**18. Signature of attorney**

**X**              /s/ Thomas B. Gorrill                 Date    08/23/2023
Signature of attorney for debtor                              MM/ DD/ YYYY

Thomas B. Gorrill
Printed name

Law Office of Thomas Gorrill
Firm name

9984 Scripps Ranch Blvd # 335
Number        Street

San Diego                          CA          92131-1825
City                               State       ZIP Code

(619) 237-8889                     tom@gorillalaw.com
Contact phone                      Email address

#102979                            CA
Bar number                         State

**CORPORATE RESOLUTION**
**BY**

**SDHI, INC.**

**A California Corporation**


SDHI, Inc., (hereinafter the "Corporation") held a meeting on August 11, 2023, notice requirements having been previously waived by the members of the Board of Directors.  A quorum was present.

WHEREAS the Board of Directors have determined that it is in the best interest of the Corporation, its creditors, stockholders and other interested parties that a Petition be filed on behalf of the Corporation, thereby commencing a voluntary proceeding under Chapter 7 of the Bankruptcy Code, be it;

RESOLVED:  that a formal Petition for relief under Chapter 7 of Title 11, of the United States Bankruptcy Code, presented to the Board of Directors is hereby approved and adopted in all respects, and be it;

RESOLVED FURTHER:  That John R. Crocker, CEO, is hereby authorized and directed, acting together or alone, to execute and verify a Petition substantially in the form approved, and to cause the same to be filed with the United States Bankruptcy Court, for the Southern District of California, and be it;

RESOLVED FURTHER:  that the aforementioned parties are hereby authorized to execute and file all Petitions, schedules, lists, and any other papers and to take any and all action which they may deem necessary or proper in connection with proceedings under Chapter 7, and be it;

RESOLVED FURTHER:  that the Corporation hereby retains and employs Thomas B. Gorrill, Esq. as legal counsel to represent the Corporation in these proceedings.


Dated:____August 23, 2023____          _____
                                         JOHN R. CROCKER, CEO

Fill in this information to identify the case:

Debtor name _____ SDHI, Inc. _____

United States Bankruptcy Court for the:

Southern District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/23/2023___
    MM/ DD/ YYYY

X ___/s/ John R. Crocker_____
Signature of individual signing on behalf of debtor

___John R. Crocker_____
Printed name

___CEO_____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ SDHI, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of California _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | **$10.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 **Torrey Pines** | **Checking account** | **7804** | **$0.00** |

**Additional Page Total** - *See continuation page for additional entries* | **$11,313.00**

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1** | **$11,323.00** |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 **Landlord - SIV Hewhope, LLC** | **$9,288.00** |
| --- | --- |

Debtor ___**SDHI, Inc.**___  
    Name                                                   Case number *(if known)* _____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**  
Description, including name of holder of prepayment  

    8.1 **ERC Credit** _____     **$293,091.00**

**9. Total of Part 2**  
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.     **$302,379.00**

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**  
☐ No. Go to Part 4.  
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts Receivable**

11a. 90 days old or less:    **$113,255.00**   -   **$113,255.00**   = ...... ➡   **$0.00**  
                face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    **$77,375.00**   -   **$13,115.00**   = ...... ➡   **$64,260.00**  
              face amount            doubtful or uncollectible accounts

**12. Total of Part 3**  
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$64,260.00**

---

**Part 4:** Investments

**13. Does the debtor own any investments?**  
☑ No. Go to Part 5.  
☐ Yes. Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**  
Name of fund or stock:  
    **None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**  
Name of fund or stock:     % of ownership:  
    **None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**  
Describe:

Debtor    __SDHI, Inc._____    Case number *(if known)* _____
             Name

---

**None**

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                              $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

**None**

20.  **Work in progress**

**None**

21.  **Finished goods, including goods held for resale**

**None**

22.  **Other inventory or supplies**

**None**

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                              $0.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor    **SDHI, Inc.**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| None | | | |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| None | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor    **SDHI, Inc.**                                        Case number *(if known)* _____
             Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| 39.1  Misc office furniture | $561.00 | Liquidation | $561.00 |
| **40.** Office fixtures | | | |
| **None** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Misc used office equip - PCs, monitors, and peripherals 41.1  [copier-leased?] | (Unknown) | Liquidation | $8,500.00 |
| **42.** Collectibles *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** Total of Part 7 | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | $9,061.00 |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| **None** | | | |
| **48.** Watercraft, trailers, motors, and related accessories *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **SDHI, Inc.**                                                    Case number *(if known)* _____
_____
Name

---

None

**49.  Aircraft and accessories**

None

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1  Small hand tools, air scrubber, concrete mixer, jack hammer                    (Unknown)          Liquidation                    $5,500.00

**51.  Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                              $5,500.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real Property**

**54.  Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1  **Leasehold interest**<br>**600 S. Andreasen Dr, #A Escondido, CA 92029** | Leasehold for business premises | (Unknown) | | (Unknown) |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    $0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    **SDHI, Inc.**

Name

Case number *(if known)* _____

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

| 65.1 Goodwill when business was acquired | $7,497.00 | Liquidation | $0.00 |
|---|---|---|---|

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                                                    $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 11: | All other assets |
|---|---|

Debtor    __SDHI, Inc._____    Case number *(if known)* _____
         Name

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.  Notes receivable**
Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 __NOL for 2022 - $211,174_____ | Tax year: __2022__ | __(Unknown)__ |
|---|---|---|
| 72.2 __NOL for 2023 - amt unknown_____ | Tax year: __2023__ | __(Unknown)__ |

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.    __$0.00__

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **SDHI, Inc.**                                                Case number *(if known)* _____
Name

---

**Part 12:**  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $11,323.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $302,379.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,260.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $9,061.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................. | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $392,523.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................... | | $392,523.00 |

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **9**

Debtor    __SDHI, Inc._____    Case number *(if known)* _____
        Name

█  **Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**  **Checking, savings, money market, or financial brokerage accounts -** *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 __Torrey Pines__ | **Checking account** | **7794** | **$1,393.00** |
| 3.3 __Wells Fargo__ | **Checking account** | **9920** | **$9,920.00** |

| | | | Current value of debtor's interest |
|---|---|---|---|

**72.**  **Tax refunds and unused net operating losses (NOLs) -** *Continued*

Description (for example, federal, state, local)

| | Tax year: | | |
|---|---|---|---|
| 72.2 __NOL for 2023 - amt unknown__ | **2023** | | **(Unknown)** |

Fill in this information to identify the case:

Debtor name ___SDHI, Inc.___

United States Bankruptcy Court for the: _____Southern_____ District of _____California_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

Bovid EIDL Service Ctr

**Creditor's mailing address**

14925 Kingsport Rd

Fort Worth, TX 76155-2243

**Creditor's email address, if known**

_____

**Date debt was incurred** 7/29/2020

**Last 4 digits of account number** 8 1 0 1

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**

Misc used office equip - PCs, monitors, and peripherals [copier-leased?] , Misc office furniture , Fleigel - Classic Custom Homes

**Describe the lien**

UCC Finance Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$499,900.00 | $9,061.00

**Remarks:** EIDL Disaster relief loan

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $599,436.00

Debtor    SDHI, Inc.                                                Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** **Creditor's name**
On Deck Capital, Inc

**Creditor's mailing address**
1400 Broadway, 25th Floor
New York, NY 10018-0000

**Creditor's email address, if known**
_____

**Date debt was incurred**    11/2022

**Last 4 digits of account number**    4  1  5  7

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Cash flow loan

**Describe debtor's property that is subject to a lien**
_____
_____
_____

$99,536.00    unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name _____ SDHI, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
|---|---|---|---|

_____
_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | _____ | _____ |
|---|---|---|---|

_____
_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

Debtor __**SDHI, Inc.**_____    Case number *(if known)* _____
       Name

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

American Woodmark Corp

561 Shady Elm Rd

Winchester, VA 22602-2531

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Claim is against another business

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Purported vendor claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: unknown

---

**3.2**  **Nonpriority creditor's name and mailing address**

AMEX

Po Box 96001

Los Angeles, CA 90096-8000

Date or dates debt was incurred _____

Last 4 digits of account number  1  0  5  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  C/card acct

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $59,227.00

---

**3.3**  **Nonpriority creditor's name and mailing address**

Arco Fleet Mgmt

Po Box 70995

Charlotte, NC 28272-0995

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $6,308.00

---

**3.4**  **Nonpriority creditor's name and mailing address**

AutoMates

2434 Southport Way Ste D

National City, CA 91950-6697

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $334.00

---

Debtor    **SDHI, Inc.**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Blake & Caitlin Chaney**

834 Holly Ave

Imperial Bch, CA 91932-3423

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim:  customer contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Brian & Vicki Ashley**

15432 Villa Sierra Rd

Valley Center, CA 92082-7648

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim:  customer contract

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00

**Cable Pipe & Leak Detection**

1483 N Second Street Ste 201

El Cajon, CA 92021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,912.00

**Capital One**

Po Box 60519

City Industry, CA 91716-0519

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  C/card acct

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    **SDHI, Inc.**
                 Name                                                          Case number *(if known)* _____

## Part 2:    Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Carl and Brianne Williams/Cohen**

**250 Sierra Ridge Dr**

**Encinitas, CA 92024-4362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Carl Shefcik**

**2226 Montemar Ave**

**Escondido, CA 92027-1752**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Carol Jenkins**

**210 Mescalita Ct**

**Oceanside, CA 92058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Case McNamara**

**469 Chestnut Ave**

**San Marcos, CA 92069-1859**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor  **SDHI, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Charles Martin**

**23939 Timothy Ave**

**Murrieta, CA 92562-2262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Pending / incomplete**
Basis for the claim:  customer contract

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Construction Support Svcs**

**1402 Creencia Pl**

**Escondido, CA 92027-1313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,600.00

Basis for the claim:  Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**CS Woodworks**

**8935 Geraldine Ave**

**San Diego, CA 92123-2914**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,366.00

Basis for the claim:  Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Dan and Judy Odell**

**6322 Budlong Lake Ave**

**San Diego, CA 92119-3321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

unknown

**Pending / incomplete**
Basis for the claim:  customer contract

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **SDHI, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

**3.17** Nonpriority creditor's name and mailing address

Dan McCullar

1907 Edgemont St

San Diego, CA 92102-1209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

Darren and Tracy Nachurski

2232 Via Cascabel

Escondido, CA 92027-4820

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Dave Wilson Hardwood Flooring

Attn: Dave Wilson

17271 Rising Dale Way

Ramona, CA 92065-6402

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$5,402.00

---

**3.20** Nonpriority creditor's name and mailing address

Denise Burns

1412 Mandeville Dr

Escondido, CA 92029-5501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **SDHI, Inc.**
_____
Name                                                                      Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

**Dixieline**

**Po Box 843909**

**Los Angeles, CA 90084-3909**

Date or dates debt was incurred _____

Last 4 digits of account number    1   6   9   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,745.00

---

**3.22** Nonpriority creditor's name and mailing address

**Edgar Cordenas**

**32129 Corte Carmona**

**Temecula, CA 92592-3656**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  customer contract_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.23** Nonpriority creditor's name and mailing address

**Escondido Resource Recovery**

**Po Box 5309**

**Buena Park, CA 90622-5309**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor_____

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

**3.24** Nonpriority creditor's name and mailing address

**Gary Thimes**

**15497 Avenida Rorras**

**San Diego, CA 92128-4514**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  customer contract_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **SDHI, Inc.**
_____
        Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address

GCI Roofing

32099 Pony Tracks Ct

Winchester, CA 92596-7621

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,700.00

---

**3.26** | Nonpriority creditor's name and mailing address

GD Tile and Stone

7949 Stromesa Ct Ste L

San Diego, CA 92126-6338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$15,750.00

---

**3.27** | Nonpriority creditor's name and mailing address

Hofstra Ddrywall

1491 Curtis Ln

Alpine, CA 91901-1438

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
- [x] No
- [ ] Yes

$450.00

---

**3.28** | Nonpriority creditor's name and mailing address

Home Depot

PO Box 790345

Saint Louis, MO 63179-0345

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  C/card acct

Is the claim subject to offset?
- [x] No
- [ ] Yes

$896.00

---

Debtor    **SDHI, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **I & B Plumbing** | ☐ Contingent |
| | **512 E 2nd Ave** | ☐ Unliquidated |
| | **Escondido, CA 92025-3356** | ☐ Disputed |

$4,750.00

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
Date or dates debt was incurred  _____
☑ No
Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **I Electric** | ☐ Contingent |
| | **27177 Stowaway Dr** | ☐ Unliquidated |
| | **Menifee, CA 92585-2609** | ☐ Disputed |

$7,593.00

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
Date or dates debt was incurred  _____
☑ No
Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Insperity PEO Services, LP** | ☐ Contingent |
| | **11455 El Camino Real Ste 100** | ☐ Unliquidated |
| | **San Diego, CA 92130** | ☐ Disputed |

unknown

Basis for the claim: **HR / payroll service - 401K plan administrator**

**Is the claim subject to offset?**
Date or dates debt was incurred  _____
☑ No
Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **J & R Drywall** | ☐ Contingent |
| | **Po Box 1846** | ☐ Unliquidated |
| | **El Cajon, CA 92022-1846** | ☐ Disputed |

$2,195.00

Basis for the claim: **Vendor**

**Is the claim subject to offset?**
Date or dates debt was incurred  _____
☑ No
Last 4 digits of account number  ___ ___ ___ ___
☐ Yes

---

Debtor **SDHI, Inc.**
Name                                                                      Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**James and Mary Nierman**

**17506 Circa Oriente**

**Rancho Santa Fe, CA 92067**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: __customer contract__

Is the claim subject to offset?
☑ No
☐ Yes

__unknown__

---

**3.34** Nonpriority creditor's name and mailing address

**Janine Robertson**

**17816 Villamoura Dr**

**Poway, CA 92064**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: __customer contract__

Is the claim subject to offset?
☑ No
☐ Yes

__unknown__

---

**3.35** Nonpriority creditor's name and mailing address

**Jared and Alyana Templeton**

**3943 San Martine Way**

**San Diego, CA 92130-2267**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim: __customer contract__

Is the claim subject to offset?
☑ No
☐ Yes

__unknown__

---

**3.36** Nonpriority creditor's name and mailing address

**Jiffy Lube**

**Po Box 620130**

**Middleton, WI 53562-0130**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset?
☑ No
☐ Yes

__$414.00__

---

Debtor    **SDHI, Inc.**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

**3.37** Nonpriority creditor's name and mailing address

Jim Blazen Plumbing

8044 Tone Ln

El Cajon, CA 92021-1544

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

**3.38** Nonpriority creditor's name and mailing address

JT Restoration

1402 Hilltop Dr

Chula Vista, CA 91911-5215

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$5,900.00

**3.39** Nonpriority creditor's name and mailing address

JT Restoration

1402 Hilltop Dr

Chula Vista, CA 91911-5215

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$106,600.00

**3.40** Nonpriority creditor's name and mailing address

Juliet Fliegel

19394 Rangeland Rd

Ramona, CA 92065-5828

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Debtor  **SDHI, Inc.**                                         Case number *(if known)*
                Name

## Part 2:  Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Kathleen and Rich Wilson**

**4639 Edenvale Ave**

**La Mesa, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Katie and Ryan Kroninger**

**7911 Sitio Catana**

**Carlsbad, CA 92009-9334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Kris Wadolkowski**

**13231 Silver Saddle Ln**

**Poway, CA 92064-1925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Kurt Kroninger**

**2865 Vista Del Sembrado**

**Escondido, CA 92025-7742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor **SDHI, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

Laualie Hall

4143 Sunnyhill Dr

Carlsbad, CA 92008-3645

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

Laura Valdez

2271 Dragonfly St

Chula Vista, CA 91915-2423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

Leigh Ramsay

13821 Frame Rd

Poway, CA 92064-3611

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Pending / incomplete**
Basis for the claim: customer contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,286.00 |
|---|---|---|---|

LG Tile

1737 Acorn St

Escondido, CA 92027-3203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: Vendor

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **SDHI, Inc.**
_____    Case number *(if known)* _____
Name

---

## Part 2: | Additional Page

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,381.00
_Check all that apply._
**LG Tile**
☐ Contingent
**1737 Acorn St** | ☐ Unliquidated
**Escondido, CA 92027-3203** | ☐ Disputed
**Basis for the claim:  POs issued by not billed**

Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __ | ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
_Check all that apply._
**Loretta Mature**
☐ Contingent
**628 Marsolan Ave** | ☐ Unliquidated
**Solana Beach, CA 92075-1931** | ☐ Disputed
**Pending / incomplete**
**Basis for the claim:  customer contract**

Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __ | ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
_Check all that apply._
**Lynn & Daro Diddell**
☐ Contingent
**644 Calle Montera** | ☐ Unliquidated
**Escondido, CA 92025-7957** | ☐ Disputed
**Pending / incomplete**
**Basis for the claim:  customer contract**

Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __ | ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $735.00
_Check all that apply._
**MAC Cabinetry**
☐ Contingent
**455 Grapevine Rd** | ☐ Unliquidated
**Vista, CA 92083-5591** | ☐ Disputed
**Basis for the claim:  Vendor**

Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __ | ☐ Yes

Debtor **SDHI, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**MAC Cabinetry**

**455 Grapevine Rd**

**Vista, CA 92083-5591**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$15,381.00

---

**3.54** Nonpriority creditor's name and mailing address

**Marjan Stone Inc**

**2758 Via Orange Way**

**Spring Valley, CA 91978-1744**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$4,649.00

---

**3.55** Nonpriority creditor's name and mailing address

**Mark and Ellen Whalen**

**32389 Castle Ct**

**Temecula, CA 92592-7109**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending / incomplete customer contract**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.56** Nonpriority creditor's name and mailing address

**MB Builders Inc**

**403 S Las Posas Rd**

**San Marcos, CA 92078-4067**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$900.00

---

Debtor    **SDHI, Inc.**
       Name

Case number *(if known)* _____

## Part 2: Additional Page

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**3.57**

Nonpriority creditor's name and mailing address

Mc Mahon Fire Protection Inc

38120 Turning Leaf Ct

Murrieta, CA 92563-7133

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

---

**3.58**

Nonpriority creditor's name and mailing address

Michael and Cindy Natalie

1734 Fairlead Ave

Carlsbad, CA 92011-3611

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  **customer contract**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.59**

Nonpriority creditor's name and mailing address

Micheal Stoltz

6542 Zena Dr

San Diego, CA 92115-7028

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  **customer contract**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.60**

Nonpriority creditor's name and mailing address

Mike Box

3690 Maria Ln

Carlsbad, CA 92008-2777

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim:  **customer contract**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Debtor    **SDHI, Inc.**
Name

Case number *(if known)* _____

---

## Part 2: Additional Page

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.61** Nonpriority creditor's name and mailing address

Nancy Satur

841 N Rios Ave

Solana Beach, CA 92075-1269

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _unknown_
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pending / incomplete**
Basis for the claim: _customer contract_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

Neal and Ruth Ridge

245 Camino Elevado

Bonita, CA 91902-2438

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _unknown_
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pending / incomplete**
Basis for the claim: _customer contract_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Nicole Taylor

1510 Cloverdale Rd

Escondido, CA 92027

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _unknown_
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pending / incomplete**
Basis for the claim: _customer contract_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Office Cleaning Solutions

9697 Caminito Del Vida

San Diego, CA 92121-1904

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: _unknown_
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Cleaning services_

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **SDHI, Inc.**
_____
Name

Case number *(if known)* _____

---

## Part 2: Additional Page

**3.65** | Nonpriority creditor's name and mailing address

**OJ Insulation**

**2061 Aldergrove Ave**

**Escondido, CA 92029-1902**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$7,775.00

---

**3.66** | Nonpriority creditor's name and mailing address

**OK Appliances**

**1281 Persimmon Ave**

**El Cajon, CA 92021-4937**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,984.00

---

**3.67** | Nonpriority creditor's name and mailing address

**OK Appliances**

**1281 Persimmon Ave**

**El Cajon, CA 92021-4937**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$4,498.00

---

**3.68** | Nonpriority creditor's name and mailing address

**Pacific Plumbing Solutions**

**970 W Valley Pkwy # 455**

**Escondido, CA 92025-2554**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$750.00

---

Debtor    **SDHI, Inc.**
          Name                                                              Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,183.00 |
|---|---|---|---|

**3.69** Nonpriority creditor's name and mailing address
Pacific Plumbing Solutions

970 W Valley Pkwy # 455

Escondido, CA 92025-2554

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$9,183.00

---

**3.70** Nonpriority creditor's name and mailing address
Pietrenka - K&B - 5666

1451 Kingston Dr

Escondido, CA 92027-3942

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                          Pending / incomplete
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.71** Nonpriority creditor's name and mailing address
Praveen & Lynsey Akuthota

3421 Ullman St

San Diego, CA 92106-2428

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                          Pending / incomplete
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.72** Nonpriority creditor's name and mailing address
Precision Woodcraft

5345 Grant St

San Diego, CA 92110-4010

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$2,475.00

---

Debtor  __SDHI, Inc._____     Case number *(if known)* _____
       Name

## Part 2:  Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**3.73**

Nonpriority creditor's name and mailing address

**Premier & Precise Contracting Inc**

**1608 E Grand Ave**

**Escondido, CA 92027-3115**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Vendor_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,200.00

---

**3.74**

Nonpriority creditor's name and mailing address

**Prime Experts Appliances**

**4455 Murphy Canyon Rd**

**San Diego, CA 92123-4379**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  POs issued by not billed____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$900.00

---

**3.75**

Nonpriority creditor's name and mailing address

**Pro Coat Inc**

**1131 N Citrus St**

**Orange, CA 92867-3510**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  POs issued by not billed____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,810.00

---

**3.76**

Nonpriority creditor's name and mailing address

**Quetzal Landscapes Inc**

**7710 Balboa Ave Ste 308**

**San Diego, CA 92111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  POs issued by not billed____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,600.00

| Debtor | **SDHI, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| RA Concrete & Engineering Inc | *Check all that apply.*
| | ☐ Contingent
| 601 E Palomar St Ste C414 | ☐ Unliquidated
| Chula Vista, CA 91911-6976 | ☐ Disputed
| | **Basis for the claim:**  Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $450.00
| RP Engineeers | *Check all that apply.*
| | ☐ Contingent
| 2720 E Plaza Blvd Ste Y-C | ☐ Unliquidated
| National City, CA 91950-4004 | ☐ Disputed
| | **Basis for the claim:**  Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,325.00
| S D Painting Inc | *Check all that apply.*
| | ☐ Contingent
| 3434 De Leone Rd | ☐ Unliquidated
| San Marcos, CA 92069-1230 | ☐ Disputed
| | **Basis for the claim:**  Vendor
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,075.00
| S D Painting Inc | *Check all that apply.*
| | ☐ Contingent
| 3434 De Leone Rd | ☐ Unliquidated
| San Marcos, CA 92069-1230 | ☐ Disputed
| | **Basis for the claim:**  POs issued by not billed
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number __ __ __ __ | ☐ Yes

Debtor __SDHI, Inc._____    Case number *(if known)* _____
     Name

---

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $5,220.00 |

**3.81** **Nonpriority creditor's name and mailing address**

San Diego Custom Paint

9413 Cape Cod Ct

Spring Valley, CA 91977-2886

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,220.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**

San Diego Custom Paint

9413 Cape Cod Ct

Spring Valley, CA 91977-2886

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $5,210.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __POs issued by not billed__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

Sanagaram and Vasanta Shantharam

7264 Estrella De Mar Rd

Carlsbad, CA 92009-6721

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pending / incomplete
Basis for the claim: __customer contract__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

Saroyan Lumber

999 Linda Vista Dr

San Marcos, CA 92078-2611

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor_____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **SDHI, Inc.**
_____
Name

Case number *(if known)* _____

---

### Part 2: Additional Page

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
--- | --- | --- | ---

**3.85**

Nonpriority creditor's name and mailing address

**Scott and Susan Nassif**

**1678 Country Club Dr**

**Escondido, CA 92029-5501**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Nassif - EXT 5698
          Nassif - K&B 5693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.86**

Nonpriority creditor's name and mailing address

**SDG&E**

**8326 Century Park**

**San Diego, CA 92123-0000**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☑ No
☐ Yes

$1,464.00

---

**3.87**

Nonpriority creditor's name and mailing address

**Sean Letts**

**2631 Abedul St**

**Carlsbad, CA 92009-5308**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pending / incomplete**
Basis for the claim:  customer contract

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.88**

Nonpriority creditor's name and mailing address

**Seaside Tile**

**Po Box 433084**

**San Ysidro, CA 92143-3084**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$2,430.00

---

Debtor   **SDHI, Inc.**                                      Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
| --- | --- |

---

**3.89** Nonpriority creditor's name and mailing address

**Shane King**

**c/o Douglas Walters, Esq**

**12626 High Bluff Dr Ste 300**

**San Diego, CA 92130-2073**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Creditor was about to see entry of default judgment

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement of a lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**3.90** Nonpriority creditor's name and mailing address

**Shea Electric**

**1051 W El Norte Pkwy Apt 44**

**Escondido, CA 92026-3356**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$7,020.00

---

**3.91** Nonpriority creditor's name and mailing address

**Shea Electric**

**1051 W El Norte Pkwy Apt 44**

**Escondido, CA 92026-3356**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **POs issued by not billed**

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.92** Nonpriority creditor's name and mailing address

**Showcase Moulding**

**1233 Simpson Way**

**Escondido, CA 92029-1403**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$127.00

---

Debtor    **SDHI, Inc.**
Name

Case number *(if known)* _____

---

## Part 2: Additional Page

**3.93** Nonpriority creditor's name and mailing address
Sierra Padre Doors & Windows

1611 S Rancho Santa Fe Rd Ste F2

San Marcos, CA 92078-5157

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$9,240.00

---

**3.94** Nonpriority creditor's name and mailing address
SIV Newhope, LLC

Po Box 200657

Dallas, TX 75320-0657

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$8,561.00

---

**3.95** Nonpriority creditor's name and mailing address
Small Business Marketing Solutions

32676 Taspa Ct

Pauma Valley, CA 92061-1636

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,707.00

---

**3.96** Nonpriority creditor's name and mailing address
Soto HVAC

650 Sheridan Ave

Escondido, CA 92026-2037

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: POs issued by not billed

Is the claim subject to offset?
☑ No
☐ Yes

$1,612.00

---

Debtor    **SDHI, Inc.**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

---

**3.97** | Nonpriority creditor's name and mailing address

**South West Scaffolding Inc**

**Po Box 462747**

**Escondido, CA 92046-2747**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.98** | Nonpriority creditor's name and mailing address

**Southwest Window Com, Inc**

**8666 Production Ave**

**San Diego, CA 92121-2207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.99** | Nonpriority creditor's name and mailing address

**Southwest Window Com, Inc**

**8666 Production Ave**

**San Diego, CA 92121-2207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  POs issued by not billed

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,604.00

---

**3.100** | Nonpriority creditor's name and mailing address

**Spencer and Jenna McEwan**

**11106 Ironwood Rd**

**San Diego, CA 92131-1814**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **Pending / incomplete**
Basis for the claim:  customer contract

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

Debtor   **SDHI, Inc.**
Name                                                          Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.101**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 |

SpotLink

4669 Murphy Canyon Rd Ste 210

San Diego, CA 92123-4333

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.102**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

Stevenson - Exterior - 5695

2202 Village Rd

Escondido, CA 92026-1215

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pending / incomplete customer contract

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.103**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.00 |

The Shower Pan Man

Po Box 1869

Vista, CA 92085-1869

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** POs issued by not billed

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.104**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |

The Stucco Company

131 Cedaridge Dr

San Diego, CA 92114-7304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **SDHI, Inc.**

Name                                                                    Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **TSYS** | *Check all that apply.* |
| | ☐ Contingent |
| **1 Heartland Way** | ☐ Unliquidated |
| **Jeffersonvlle, IN 47130-5870** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **US Bank Equipment Finance** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 790448** | ☐ Unliquidated |
| **Saint Louis, MO 63179-0448** | ☐ Disputed |
| | **Basis for the claim:** Vendor |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00
| **West Coast Hot Mop** | *Check all that apply.* |
| | ☐ Contingent |
| **18029 Calle Ambiente # 500** | ☐ Unliquidated |
| **Rcho Santa Fe, CA 92067** | ☐ Disputed |
| | **Basis for the claim:** POs issued by not billed |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,450.00
| **WICR Inc** | *Check all that apply.* |
| | ☐ Contingent |
| **72185 Painters Path Ste B** | ☐ Unliquidated |
| **Palm Desert, CA 92260-2756** | ☐ Disputed |
| | **Basis for the claim:** POs issued by not billed |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

Debtor    **SDHI, Inc.**
_____         Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | _____unknown_____ |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

William Terry

8594 Schneple Dr

San Diego, CA 92126-1637

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                    **Pending / incomplete**
Basis for the claim:  customer contract

**Is the claim subject to offset?**
☑ No
☐ Yes

_____unknown_____

---

Debtor    **SDHI, Inc.**                                              Case number *(if known)* _____
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Joel Simms** **1702 N Collins Blvd Ste 100** **Richardson, TX 75080-3662** | Line **3.1** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Letofsky, Esq, Larry E.** **3655 Nobel Dr Ste 290** **San Diego, CA 92122-1050** | Line **3.89** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Ron S. Brand, Esq.** **Kahana & Feld LLP** **2603 Main St Ste 900** **Irvine, CA 92614-4270** | Line **3.89** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **SDG&E** **Po Box 25111** **Santa Ana, CA 92799-5111** | Line **3.86** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __SDHI, Inc._____    Case number *(if known)* _____
                   Name

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | __$0.00__ |
| 5b.    **Total claims from Part 2** | 5b.    **+** | __$537,313.00__ |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$537,313.00__ |

Fill in this information to identify the case:

Debtor name _____SDHI, Inc._____

United States Bankruptcy Court for the:

_____Southern District of California_____

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Lease for office space - approx. 4 yrs left on lease |
| | SIV Newhope, LLC |
| | Contract to be REJECTED |
| | Po Box 200657 |
| **State the term remaining** | 0 months |
| | Dallas, TX 75320-0657 |
| **List the contract number of any government contract** | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| Fill in this information to identify the case: |
|---|

Debtor name **SDHI, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**

(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____  _____  City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____  _____  City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____  _____  City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____  _____  City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street _____  _____  City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor    **SDHI, Inc.**
 _____    Case number (if known) _____
 Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____ SDHI, Inc. _____

United States Bankruptcy Court for the:
_____ Southern District of California _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................

    | $0.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................

    | $392,523.00 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................

    | $392,523.00 |

---

**Part 2:**  Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $599,436.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

    + | $537,313.00 |

4. **Total liabilities**..............................................................................................
    Lines 2 + 3a + 3b

    | $1,136,749.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SDHI, Inc. |
| United States Bankruptcy Court for the: | Southern District of California |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $2,190,632.00 |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY | to  12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,826,122.00 |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY | to  12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,395,617.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY | to  12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY | to  12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

Debtor    SDHI, Inc.
_____    Case number *(if known)* _____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. ** SEE ATTACHED LIST ** <br> Creditor's name <br><br> Street <br><br><br> City          State     ZIP Code | _____ | See attached list | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. In House Supply <br> Creditor's name <br> 600 S. Andreasen Drive, Ste A <br> Street <br><br> Escondido, CA 92029 <br> City          State     ZIP Code <br> **Relationship to debtor** <br> Owned by same shareholder | _____ | $0.00 | Numerous payments to/from Debtor and this company, but In House has ceased all operations and has no assets |
| 4.2. Classic Custom Homes, Inc <br> Creditor's name <br> 600 S. Andreasen Drive, Ste A <br> Street <br><br> El Cajon, CA 92029 <br> City          State     ZIP Code <br> **Relationship to debtor** <br> Owned by same shareholder | _____ | $0.00 | Numerous payments to/from Debtor and this company, but Classic Custom Homes has ceased all operations and has no assets |

Debtor        SDHI, Inc.                                                    Case number *(if known)* _____
              Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name _____ | _____ | _____ | _____ |
| Street _____ | | | |
| City        State    ZIP Code | | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name _____ | XXXX– __ __ __ __ | _____ | _____ |
| Street _____ | | | |
| City        State    ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Shane King v. SDHI, Inc., et al | Employment litigation | San Diego Superior Court <br> Name <br> North County Division <br> Street <br> 325 S. Melrose Drive <br> Vista, CA 92081-0000 <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 37-2023-00045125-CU-OE-NC | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    SDHI, Inc.                                                Case number *(if known)* _____
_____
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | | | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | | |
| | City          State     ZIP Code | **Case number** | Street |
| | | | |
| | | **Date of order or assignment** | City          State     ZIP Code |
| | | | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | | | | |

---

| Part 5: | Certain Losses |
|---------|----------------|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------|---|---|---|---|
| 10.1. | | | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    SDHI, Inc.                                  Case number *(if known)* _____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of Thomas Gorrill | Attorney's Fees and Filing Fee | 8/15/2023 | $7,838.00 |
| | **Address** | | | |
| | 9984 Scripps Ranch Blvd # 335 <br> Street | | | |
| | San Diego, CA 92131-1825 <br> City       State    ZIP Code | | | |
| | **Email or website address** | | | |
| | tom@gorrillalaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | Sold 2017 Silverado 1500 double cab truck with 131,047 miles | 8/4/2023 | $3,000.00 |
| | **Address** | | | |
| | 855 N Broadway <br> Street | | | |
| | Escondido, CA 92025-1819 <br> City       State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

Debtor      SDHI, Inc.                                                    Case number *(if known)*
            Name

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | Sold 2017 Silverado 1500 double cab truck with 130,782 miles | 8/4/2023 | $13,000.00 |
| | **Address** | | | |
| | 855 N Broadway<br>Street | | | |
| | Escondido, CA 92025-1819<br>City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2020 Toyota Corolla LE with 62,233 miles | 8/4/2023 | $15,000.00 |
| | **Address** | | | |
| | 855 N Broadway<br>Street | | | |
| | Escondido, CA 92025-1819<br>City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2020 Toyota Corolla LE with 43,215 miles | 8/4/2023 | $16,000.00 |
| | **Address** | | | |
| | 855 N Broadway<br>Street | | | |
| | Escondido, CA 92025-1819<br>City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

Debtor    SDHI, Inc.                                                                                      Case number *(if known)* _____
          Name

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2017 Silverado 1500 double cab with 163,615 miles | 8/4/2023 | $10,000.00 |
| | **Address** | | | |
| | 855 N Broadway | | | |
| | Street | | | |
| | Escondido, CA 92025-1819 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2016 Chevy 3500 box truck with 130083 miles | 8.7.2023 | $8,000.00 |
| | **Address** | | | |
| | 855 N Broadway | | | |
| | Street | | | |
| | Escondido, CA 92025-1819 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2017 Chevy Silverado 1500 double cab with 184,657 miles | 8/7/2023 | $5,000.00 |
| | **Address** | | | |
| | 855 N Broadway | | | |
| | Street | | | |
| | Escondido, CA 92025-1819 | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

Debtor    SDHI, Inc.                          Case number *(if known)* _____
Name

| 13.8. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Escondido Auto Super Center | 2020 Porsche Cayenne V6 turbo with 50,554 miles | 8/4/2023 | $42,000.00 |
| | **Address** | | | |
| | 855 N Broadway | | | |
| | Street | | | |
| | | | | |
| | Escondido, CA 92025-1819 | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City     State    ZIP Code | |

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | |
| _____ | _____ | *Check all that apply:* |
| City     State    ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

Debtor    SDHI, Inc.                                                    Case number *(if known)*
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

Debtor    SDHI, Inc.                                        Case number *(if known)*
_____
          Name

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **10**

Debtor _____SDHI, Inc._____          Case number *(if known)* _____
        Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | |
| City          State     ZIP Code | | From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor SDHI, Inc.                                           Case number *(if known)* _____
          Name

| Name and address | Dates of service |
|---|---|

26a.1. Greg Malone, CPA                              From 2021        To 2023
        Name

        4225 Executive Square #1150
        Street

        La Jolla, CA 92037
        City                    State           ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____         From _____    To _____
        Name

        _____
        Street

        _____
        City                    State           ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
        _____         _____
        Name                                     _____

        _____
        Street

        _____
        City                    State           ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.
        _____
        Name

        _____
        Street

        _____
        City                    State           ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    SDHI, Inc.                                                    Case number *(if known)* _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____
Street

_____

| City | State | ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John R. Crocker | 600 S. Andreasen Drive, #A Escondido, CA 92029 | President, Sole shareholder | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State      ZIP Code | | | |

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Debtor  SDHI, Inc.                                                      Case number *(if known)* _____
_____
Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Insperity - 401K plan | EIN: 7 6 – 0 4 7 9 6 4 5 |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____08/23/2023____
MM/  DD/  YYYY

**X** /s/ John R. Crocker_____            Printed name _____John R. Crocker_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____CEO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

Statement of Financial Affairs - Part 2, SOFA #3 - payments in past 90 days over $7575

| Name | Item | Account | iginal Amount |
|---|---|---|---|
| SBA Loan Repayment Total | | | -7,578.00 |
| MAC Cabinetry Total | | | -7,700.00 |
| Flipout Windows Total | | | -7,802.00 |
| Cheryl Stengel Total | | | -7,838.00 |
| PACIFIC PLUMBING SOLUTIONS Total | | | -7,842.00 |
| ARCO Total | | | -7,890.53 |
| CARRICK & ASSOCIATES ARCHITECTURE, INC Total | | | -8,000.00 |
| Marjan Stone, Inc Total | | | -8,167.45 |
| CS WOODWORKS Total | | | -8,510.00 |
| GD TILE AND STONE Total | | | -10,110.00 |
| J & R DRYWALL Total | | | -11,050.00 |
| SAN DIEGO CUSTOM PAINT Total | | | -11,375.00 |
| LG TILE Total | | | -11,478.00 |
| Precision Woodcraft Total | | | -14,675.00 |
| IELECTRIC Total | | | -16,599.15 |
| SIV ESCONDIDO NORTH SD, LLC. Total | | | -17,122.08 |
| ONDECK CAPITAL Total | | | -23,835.33 |
| CONSTRUCTION SUPPORT SERVICES Total | | | -26,670.00 |
| American Express CC Total | | | -29,760.23 |
| Adminstaff Companies Total | | | -36,509.24 |
| JT RESTORATION Total | | | -68,100.00 |
| Quetzal Landscapes, Inc. Total | | | -69,170.00 |
| INSPERITY Total Payroll | | | -258,990.53 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

**In re**     SDHI, Inc.

Case No. _____

**Debtor**

Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................  $7,838.00

Prior to the filing of this statement I have received ...............................................................  $7,838.00

Balance Due ................................................................................................................................  $0.00

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/23/2023
_____
Date

/s/ Thomas B. Gorrill
_____
Thomas B. Gorrill
*Signature of Attorney*

Bar Number: #102979
Law Office of Thomas Gorrill
9984 Scripps Ranch Blvd # 335
San Diego, CA 92131-1825
Phone: (619) 237-8889
Fax: (619) 330-2125

Law Office of Thomas Gorrill
_____
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **SDHI, Inc.**                                                    CASE NO

                                                                CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____08/23/2023_____    Signature _____/s/ John R. Crocker_____
                                                                John R. Crocker, CEO

American Woodmark Corp
561 Shady Elm Rd
Winchester, VA 22602-2531


AMEX
Po Box 96001
Los Angeles, CA 90096-8000


Arco Fleet Mgmt
Po Box 70995
Charlotte, NC 28272-0995


AutoMates
2434 Southport Way Ste D
National City, CA 91950-6697


Blake & Caitlin Chaney
834 Holly Ave
Imperial Bch, CA 91932-3423


Bovid EIDL Service Ctr
14925 Kingsport Rd
Fort Worth, TX 76155-2243


Brian & Vicki Ashley
15432 Villa Sierra Rd
Valley Center, CA 92082-7648


Cable Pipe & Leak Detection
1483 N Second Street Ste 201
El Cajon, CA 92021

Capital One
Po Box 60519
City Industry, CA 91716-0519


Carl and Brianne
Williams/Cohen
250 Sierra Ridge Dr
Encinitas, CA 92024-4362


Carl Shefcik
2226 Montemar Ave
Escondido, CA 92027-1752


Carol Jenkins
210 Mescalita Ct
Oceanside, CA 92058


Case McNamara
469 Chestnut Ave
San Marcos, CA 92069-1859


Charles Martin
23939 Timothy Ave
Murrieta, CA 92562-2262


Construction Support Svcs
1402 Creencia Pl
Escondido, CA 92027-1313


CS Woodworks
8935 Geraldine Ave
San Diego, CA 92123-2914

Dan and Judy Odell
6322 Budlong Lake Ave
San Diego, CA 92119-3321


Dan McCullar
1907 Edgemont St
San Diego, CA 92102-1209


Darren and Tracy Nachurski
2232 Via Cascabel
Escondido, CA 92027-4820


Dave Wilson Hardwood
Flooring
Attn: Dave Wilson
17271 Rising Dale Way
Ramona, CA 92065-6402

Denise Burns
1412 Mandeville Dr
Escondido, CA 92029-5501


Dixieline
Po Box 843909
Los Angeles, CA 90084-3909


Edgar Cordenas
32129 Corte Carmona
Temecula, CA 92592-3656


Escondido Resource Recovery
Po Box 5309
Buena Park, CA 90622-5309

Gary Thimes
15497 Avenida Rorras
San Diego, CA 92128-4514


GCI Roofing
32099 Pony Tracks Ct
Winchester, CA 92596-7621


GD Tile and Stone
7949 Stromesa Ct Ste L
San Diego, CA 92126-6338


Hofstra Ddrywall
1491 Curtis Ln
Alpine, CA 91901-1438


Home Depot
PO Box 790345
Saint Louis, MO 63179-0345


I & B Plumbing
512 E 2nd Ave
Escondido, CA 92025-3356


I Electric
27177 Stowaway Dr
Menifee, CA 92585-2609


Insperity PEO Services, LP
11455 El Camino Real Ste 100
San Diego, CA 92130

J & R Drywall
Po Box 1846
El Cajon, CA 92022-1846


James and Mary Nierman
17506 Circa Oriente
Rancho Santa Fe, CA 92067


Janine Robertson
17816 Villamoura Dr
Poway, CA 92064


Jared and Alyana Templeton
3943 San Martine Way
San Diego, CA 92130-2267


Jiffy Lube
Po Box 620130
Middleton, WI 53562-0130


Jim Blazen Plumbing
8044 Tone Ln
El Cajon, CA 92021-1544


Joel Simms, Esq
1702 N Collins Blvd Ste 100
Richardson, TX 75080-3662


JT Restoration
1402 Hilltop Dr
Chula Vista, CA 91911-5215

Juliet Fliegel
19394 Rangeland Rd
Ramona, CA 92065-5828


Kathleen and Rich Wilson
4639 Edenvale Ave
La Mesa, CA 91941


Katie and Ryan Kroninger
7911 Sitio Catana
Carlsbad, CA 92009-9334


Kris Wadolkowski
13231 Silver Saddle Ln
Poway, CA 92064-1925


Kurt Kroninger
2865 Vista Del Sembrado
Escondido, CA 92025-7742


Laualie Hall
4143 Sunnyhill Dr
Carlsbad, CA 92008-3645


Laura Valdez
2271 Dragonfly St
Chula Vista, CA 91915-2423


Leigh Ramsay
13821 Frame Rd
Poway, CA 92064-3611

Larry E. Letofsky, Esq
3655 Nobel Dr Ste 290
San Diego, CA 92122-1050

LG Tile
1737 Acorn St
Escondido, CA 92027-3203

Loretta Mature
628 Marsolan Ave
Solana Beach, CA 92075-1931

Lynn & Daro Diddell
644 Calle Montera
Escondido, CA 92025-7957

MAC Cabinetry
455 Grapevine Rd
Vista, CA 92083-5591

Marjan Stone Inc
2758 Via Orange Way
Spring Valley, CA 91978-1744

Mark and Ellen Whalen
32389 Castle Ct
Temecula, CA 92592-7109

MB Builders Inc
403 S Las Posas Rd
San Marcos, CA 92078-4067

Mc Mahon Fire Protection Inc
38120 Turning Leaf Ct
Murrieta, CA 92563-7133


Michael and Cindy Natalie
1734 Fairlead Ave
Carlsbad, CA 92011-3611


Micheal Stoltz
6542 Zena Dr
San Diego, CA 92115-7028


MIke Box
3690 Maria Ln
Carlsbad, CA 92008-2777


Nancy Satur
841 N Rios Ave
Solana Beach, CA 92075-1269


Neal and Ruth Ridge
245 Camino Elevado
Bonita, CA 91902-2438


Nicole Taylor
1510 Cloverdale Rd
Escondido, CA 92027


Office Cleaning Solutions
9697 Caminito Del Vida
San Diego, CA 92121-1904

OJ Insulation
2061 Aldergrove Ave
Escondido, CA 92029-1902


OK Appliances
1281 Persimmon Ave
El Cajon, CA 92021-4937


On Deck Capital, Inc
1400 Broadway, 25th Floor
New York, NY 10018-0000


Pacific Plumbing Solutions
970 W Valley Pkwy # 455
Escondido, CA 92025-2554


Pietrenka - K&B - 5666
1451 Kingston Dr
Escondido, CA 92027-3942


Praveen & Lynsey Akuthota
3421 Ullman St
San Diego, CA 92106-2428


Precision Woodcraft
5345 Grant St
San Diego, CA 92110-4010


Premier & Precise Contracting
Inc
1608 E Grand Ave
Escondido, CA 92027-3115

Prime Experts Appliances
4455 Murphy Canyon Rd
San Diego, CA 92123-4379


Pro Coat Inc
1131 N Citrus St
Orange, CA 92867-3510


Quetzal Landscapes Inc
7710 Balboa Ave Ste 308
San Diego, CA 92111


RA Concrete & Engineering
Inc
601 E Palomar St Ste C414
Chula Vista, CA 91911-6976


Ron S. Brand, Esq.
Kahana & Feld LLP
2603 Main St Ste 900
Irvine, CA 92614-4270


RP Engineeers
2720 E Plaza Blvd Ste Y-C
National City, CA 91950-4004


S D Painting Inc
3434 De Leone Rd
San Marcos, CA 92069-1230


San Diego Custom Paint
9413 Cape Cod Ct
Spring Valley, CA 91977-2886

Sanagaram and Vasanta
Shantharam
7264 Estrella De Mar Rd
Carlsbad, CA 92009-6721


Saroyan Lumber
999 Linda Vista Dr
San Marcos, CA 92078-2611


Scott and Susan Nassif
1678 Country Club Dr
Escondido, CA 92029-5501


SDG&E
8326 Century Park
San Diego, CA 92123-0000


SDG&E
Po Box 25111
Santa Ana, CA 92799-5111


Sean Letts
2631 Abedul St
Carlsbad, CA 92009-5308


Seaside Tile
Po Box 433084
San Ysidro, CA 92143-3084


Shane King
c/o Douglas Walters, Esq
12626 High Bluff Dr Ste 300
San Diego, CA 92130-2073

Shea Electric
1051 W El Norte Pkwy Apt 44
Escondido, CA 92026-3356

Showcase Moulding
1233 Simpson Way
Escondido, CA 92029-1403

Sierra Padre Doors &
Windows
1611 S Rancho Santa Fe Rd Ste F2
San Marcos, CA 92078-5157

SIV Newhope, LLC
Po Box 200657
Dallas, TX 75320-0657

Small Business Marketing
Solutions
32676 Taspa Ct
Pauma Valley, CA 92061-1636

Soto HVAC
650 Sheridan Ave
Escondido, CA 92026-2037

South West Scaffolding Inc
Po Box 462747
Escondido, CA 92046-2747

Southwest Window Com, Inc
8666 Production Ave
San Diego, CA 92121-2207

Spencer and Jenna McEwan
11106 Ironwood Rd
San Diego, CA 92131-1814


SpotLink
4669 Murphy Canyon Rd Ste 210
San Diego, CA 92123-4333


Stevenson - Exterior - 5695
2202 Village Rd
Escondido, CA 92026-1215


The Shower Pan Man
Po Box 1869
Vista, CA 92085-1869


The Stucco Company
131 Cedaridge Dr
San Diego, CA 92114-7304


TSYS
1 Heartland Way
Jeffersonvlle, IN 47130-5870


US Bank Equipment Finance
Po Box 790448
Saint Louis, MO 63179-0448


West Coast Hot Mop
18029 Calle Ambiente # 500
Rcho Santa Fe, CA 92067

WICR Inc
72185 Painters Path Ste B
Palm Desert, CA 92260-2756


William Terry
8594 Schneple Dr
San Diego, CA 92126-1637